# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**ARREST ON OUT-OF-DISTRICT OFFENSE**

CASE NUMBER: '22 MJ00505

The person charged as Martin Limon-Mora now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Arizona with: Transportation of an Illegal Alien for Profit in violation of 8 U.S.C. Section(s) 1324(a)(1)(A).

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: February 11, 2022

_____
Francisco Barajas
Deputy United States Marshal
United States Marshals Service

Reviewed and Approved

Dated: 2/11/2022

_____
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-21-00960-PHX-SMB |
| | ) | |
| Martin Limon-Mora | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Martin Limon-Mora ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

8:1324(a)(1)(A)(ii) and (a)(1)(B)(i) - Transportation of an Illegal Alien for Profit

Date: 11/17/2021

*Issuing officer's signature*

City and state: Phoenix, Arizona

R. Kobza - Deputy Clerk
*Printed name and title*

cc: PTS

ISSUED ON 3:06 pm, Nov 17, 2021
s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

[Print]   [Save As...]                                                                   [Reset]

```
1   GLENN B. McCORMICK
    Acting United States Attorney
2   District of Arizona
    WILLIAM B. RUBENS
3   Assistant U.S. Attorney
    New York State Bar No. 4322533
4   7102 E. 30th Street, Suite 101
    Yuma, Arizona 85365
5   Telephone: 928-314-6410
    Email: William.Rubens@usdoj.gov
6   Attorneys for Plaintiff
```

FILED / LODGED
RECEIVED / COPY
NOV 16 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Martin Limon-Mora, <br><br> Defendant. | No. CR-21-00960-PHX-SMB (ESW) <br><br> **INDICTMENT** <br><br> VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i) <br> (Transportation of an Illegal Alien for Profit) <br> Count 1 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about August 12, 2021, in the District of Arizona, the defendant, MARTIN LIMON-MORA, knowing and in reckless disregard of the fact that certain aliens, Hilda FLORES-Martinez, Orilbia PINZON-Hernandez, and Carlos LOPEZ-Sanchez had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 16, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/
WILLIAM B. RUBENS
Assistant U.S. Attorney